1

2

3

4

5

6                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                      AT TACOMA

8    DONALD ISAAC JOHNSON,

9                          Petitioner,           CASE NO. C15-5435 RBL-KLS

10          v.                                   ORDER GRANTING APPLICATION
                                                 TO PROCEED *IN FORMA PAUPERIS*
11   MARGARET GILBERT,

12                         Respondent.

13

14          This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an

15   application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application

16   demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed

17   *in forma pauperis* (Dkt. 1) is therefore **GRANTED.**  The Clerk is directed to file petitioner's

18   petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed

19   to send a copy of this Order to petitioner.

20          Dated this  29th  day of  June, 2014.

21

22                                               Karen L. Strombom
                                                 United States Magistrate Judge
23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1