UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

                Petitioner,

   v.

MARGARET GILBERT,

                Respondent.

CASE NO. C15-5435 RBL-KLS

ORDER SUBSTITUTING RESPONDENT

Petitioner Donald Isaac Johnson filed a petition for writ of habeas corpus naming the State of Washington as Respondent. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Johnson is currently located in the Special Offender's Unit at the Monroe Correctional Complex (MCC-SOU). The Superintendent of the MCC-SOU is Margaret Gilbert.

ORDER SUBSTITUTING RESPONDENT - 1

1    Therefore, the Clerk of Court is directed to substitute Margaret Gilbert as the Respondent
2 in this action.   The Clerk shall send copies of this Order to Petitioner and counsel for
3 Respondent.
4    Dated this  29th  day of July, 2015.

*[signature: Karen L. Strombom]*
Karen L. Strombom
United States Magistrate Judge

ORDER SUBSTITUTING RESPONDENT - 2